**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                    June 13, 2014

Courtroom Deputy:  Kathleen Finney
Court Reporter:      Tracy Weir
Probation Officer:   Gary Burney

---

**Criminal Action No.  13-cr-00474-REB-5**

*Parties:*                                                *Counsel:*

UNITED STATES OF AMERICA,                Robert Brown

      Plaintiff,

v.

5.  REGINA RICHARDSON,                        Dana Casper

      Defendant.

---

**SENTENCING MINUTES**

---

**10:38 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following papers: the government's **Motion for Downward Departure Pursuant to Section 5K1.1 of the United States Sentencing Guidelines** [#164] filed May 16, 2014, and the government's **Motion to Dismiss Counts 26 - 30** [#167] filed May 19, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:
   - the government's **Motion for Downward Departure Pursuant to Section 5K1.1 of the United States Sentencing Guidelines** [#164] is **GRANTED**; and
   - the government's **Motion to Dismiss Counts 26 - 30** [#167] is **GRANTED**;

3. That judgment of conviction shall now enter on Count 25 of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **three (3) years**, commencing immediately, during which term of probation the defendant shall be subject to the jurisdiction of the court and its probation department;

5. That while on supervised probation:
   - the defendant shall comply with all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3563(a) and USSG §5D1.3(a);

- all standard conditions imposed by this court in all such cases and circumstances; and
- the following discretionary or special conditions:

    - that the defendant shall not violate any federal, state, or local law;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall make and pay any restitution as ordered and required by the court;

    - that the defendant shall not incur new credit charges or open or establish additional lines of credit without the advance written approval of defendant's probation officer;

    - that as directed by defendant's probation officer, defendant shall apply any monies, revenues, or funds received from income tax refunds, lottery winnings, inheritances, devises, judgments, and any anticipated or unanticipated financial gains to the outstanding court ordered obligation of restitution in this case;

    - that the defendant shall undergo a mental health evaluation, and thereafter receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as required reasonably by defendant's probation officer or as ordered by the court;

    - that the defendant shall abstain from the use of alcohol and all other intoxicants during the course of any such treatment or therapy; and

    - that to provide continuity of treatment if any, the probation department is authorized to release all records concerning the defendant, including the presentence report to any person or entity involved in or responsible for such

        treatment, therapy, counseling, testing, or education;

6.  That no fine is imposed;

7.  That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8.  That the defendant shall pay restitution for the benefit of Western Union Financial Services, payable to the care of the Clerk of the Court in full, in the amount of $15,342.57, to be paid in installments of not less than 10 % per month of defendant's monthly gross income as directed by her probation officer; that restitution shall be paid by defendant jointly and severally with Ms. Sarah Garcia in the event that she is determined to be responsible for such restitution; provided that interest on restitution is waived; and

9.  That immediately following this hearing, the defendant and her attorney shall confer with her probation officer to schedule an appointment for the defendant to read, review, and sign the conditions of probation imposed by the court.

The defendant is advised of the right to appeal the sentence imposed by the court.

**11:00 a.m. Court in recess.**

Total time in court: 00:22

Hearing concluded.